**RAILROAD CREDIT CORPORATION, Appellant, v. ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, Debtor, et al.**

No. 12472.

Circuit Court of Appeals, Eighth Circuit.

Nov. 30, 1943.

Thomas F. McDonald, of St. Louis, Mo., Edward G. Buckland, of New Haven, Conn., and William J. Kane, of Baltimore, Md., for appellant.

Joseph R. Long and Thomas W. White, both of St. Louis, Mo., Alexander M. Lewis, of New York City, Jacob Chasnoff and Abraham Lowenhaupt, both of St. Louis, Mo., Edwin S. S. Sunderland, Judson C. McLester, Jr., Robert T. Swaine, and Leonard D. Adkins, all of New York City, Emmet T. Carter, of St. Louis, Mo., William V. Hodges, of New York City, Henry W. Anderson and George D. Gibson, both of Richmond, Va., Charles P. Williams, of St. Louis, Mo., Charles J. Winkler, of Boston, Mass., Jesse E. Waid and Orville W. Wood, both of New York City, Rhodes E. Cave, Allen C. Orrick, and William G. Pettus, Jr., all of St. Louis, Mo., Cassius M. Clay and Emmet McCaffery, both of Washington, D. C., and J. Porter Henry, John R. Green and G. Carroll Stribling, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from order of District Court, 46 F.Supp. 120, complained of, dismissed without costs in favor of either of the parties in this Court, pursuant to stipulation.